IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                    No. CR 2:98-482

GUADALUPE AGUILAR-VENSOR,

    Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** is before the Court on the Government's Motion in Limine for Pretrial Ruling Excluding Irrelevant and Confusing Evidence, filed September 8, 1998 **[Doc. No. 23]**. The Court, having considered the motion, response, reply, relevant law, and being otherwise fully advised, finds that the Motion is well-taken and will be **GRANTED**.

**IT IS THEREFORE ORDERED** that Government's Motion in Limine for Pretrial Ruling Excluding Irrelevant and Confusing Evidence **[Doc. No. 23]** is **GRANTED**. All evidence of Defendant Guadalupe Aguilar-Vensor's correspondence and dealings with the Immigration and Naturalization Service after the date of his reentry into the United States is hereby **EXCLUDED** as irrelevant, pursuant to Fed. R. Evid. 401, and because such evidence would confuse the issues and mislead the jury, pursuant to Fed. R. Evid. 403.

*[signature]*
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE